DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00126-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




CHOICE HOMES, INC.,
§
 APPEAL FROM THE 241ST

APPELLANT



V.
§
 JUDICIAL DISTRICT COURT OF


JARROD MORRIS AND KRISTI MORRIS,

INDIVIDUALLY AND ON BEHALF OF

ALL OTHERS SIMILARLY SITUATED,
§
 SMITH COUNTY, TEXAS

APPELLEES





 MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal. All other parties to the appeal have been
given notice of the filing of this motion. In its motion, Appellant represents that the parties have
settled the underlying dispute, thereby disposing of all issues presented for appeal. Because
Appellant has met the requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted, and the
appeal is dismissed. 


Opinion delivered November 5, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.









(
PUBLISH)